**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 09-2508 ODW(VBKx) | Date | May 1, 2009 |
|---|---|---|---|
| Title | James Friedrich v. Deleon's Transport, Inc., et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** **Order Granting Parties' Request for an Order Remanding Case to State Court [7]**

Upon the parties' stipulated withdrawal of the notice of removal to this Court and their request for an order remanding this action to state court, the Court hereby orders this case REMANDED to state court.

IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |